**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------- x

In re:                                          :     Chapter 11
                                                :
FIRST MODE HOLDINGS, INC., *et al.*,[1]         :     Case No. 24-12794 (KBO)
                                                :
            Debtors.                            :     (Jointly Administered)
                                                :
                                                :
-------------------------------------------------------------- x

**SCHEDULES OF ASSETS AND LIABILITIES FOR
SYNCHRONOUS LLC (CASE NO. 24-12795)**

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: First Mode Holdings, Inc. (7177), and Synchronous LLC (1829).  The Debtors' mailing address is The Debtors' mailing address is 3417 1st Ave S, Seattle, WA, 98134.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | **Chapter 11** |
| **First Mode Holdings, Inc.** *et al.*, | **Case No. 24-12794 (KBO)** |
| **Debtors.**[1] | **(Jointly Administered)** |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

First Mode Holdings, Inc. and certain of its affiliates (collectively, the "Debtors") in the above-captioned cases have filed their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure.

Colin Mark Freed has signed each of the Schedules and Statements. Mr. Freed serves as Chief Financial Officer for each of the Debtors, and he is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Freed has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal and financial advisors. Given the scale of the Debtors' business and the complexity of the Debtors' records, Mr. Freed has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made a reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: First Mode Holdings, Inc. (7177); and Synchronous LLC (1829). The address of the Debtors' mailing address is 3417 1st Ave S, Seattle, WA, 98134.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (these "Global Notes") pertain to, are incorporated by reference in, and compose an integral part of, all of the Schedules and Statements. These Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[2]

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. **Description of the Chapter 11 Cases and "As of" Information Date**. On December 15, 2024 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors cases (the "Chapter 11 Cases") are being jointly administered. The Debtors continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Notwithstanding the joint administration of the Chapter 11 Cases for procedural purposes, each Debtor has filed its own Schedules and Statements. Information contained in these Schedules and Statements is, unless otherwise noted, as of the close of business on the Petition Date.

2. **General Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements. However, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the

---

[2]    These Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtors have prepared a general note herein with respect to any of the Schedules and Statements, and not to others, should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to the Debtors' remaining Schedules and Statements, as appropriate.

Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements is intended to be, nor should it be construed as, a waiver of any of the Debtors' rights or an admission of any kind with respect to the Chapter 11 Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a) **No Admission**. Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b) **Recharacterization**. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

(c) **Classifications**. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d) **Claims Description**. Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any other Debtor. The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e)     **Accounts Payable and Disbursement Systems**.  The Debtors maintain a cash management system (the "Cash Management System") to collect and disburse funds in the ordinary course.   A more complete description of the Cash Management System is set forth in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Operating Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Waiving Certain Requirements Under Section 345 of the Bankruptcy Code and the U.S. Trustee Guidelines, (III) Authorizing the Debtors to Continue to Maintain and Use Their Existing Deposit Practices, and (IV) Granting Related Relief* [Docket No. 12] (the "Cash Management Motion").

The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission or conclusion regarding the allowance, classification, validity, or priority of such account or characterization of such balances as debt, equity, or otherwise.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

Prior to the Petition Date, the Debtors engaged in intercompany transactions (the "Intercompany Transactions") in the ordinary course of business, which resulted in intercompany receivables and payables (the "Intercompany Claims"). The Debtors maintain records of the Intercompany Claims and Intercompany Transactions.  Pursuant to the *Interim Order Orders (I) Authorizing the Debtors to (A) Continue Operating Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Continue to Perform Intercompany Transactions, (II) Waiving Certain Requirements Under Section 345 of the Bankruptcy Code and the U.S. Trustee Guidelines, (III) Authorizing the Debtors to Continue to Maintain and Use Their Existing Deposit Practices, and (IV) Granting Related Relief* [Docket No. 59], the Court granted the Debtors authority to continue to engage in Intercompany Transactions in the ordinary course of business, subject to certain limitations set forth therein.  Thus, intercompany balances as of the close of October 31, 2024, as set forth in Schedule A/B and Schedule E/F, may not accurately reflect current positions.

(f)     **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results may differ from such estimates.

(g)     **Executory Contracts and Unexpired Leases**.  Executory contracts and unexpired leases have been set forth solely on Schedule G.  Although the Debtors have made

diligent attempts to properly identify the parties to each executory contract on Schedule G, it is possible that there are more counterparties to certain executory contracts on Schedule G than listed herein. The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G. In addition, although the Debtors have made diligent attempts to properly identify executory contracts, the inclusion of a contract on Schedule G does not constitute an admission as to the executory nature (or non-executory nature) of the contract, or an admission as to the existence or validity of any claims held by the any counterparty to such contract. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts, inadvertent errors, omissions, or over inclusion may have occurred.

(h)     **Causes of Action Against Third Parties**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any claim or cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, whether known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other right or theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or causes of action or in any way prejudice or impair the assertion of such claims or causes of action.

(i)     **Confidential or Sensitive Information**. There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to concerns about the privacy of the Debtors' employees and vendors (*e.g.*, home addresses). The redactions will be limited to only what is necessary to protect the Debtors or the applicable third party. In accordance with the relief granted in the *Interim Order (i) Authorizing the Debtors to (a) File a Consolidated List of Creditors in lieu of Submitting a Separate Mailing Matrix for Each Debtor, (b) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (c) Redact Certain Personal Identification Information, and (ii) Granting Related Relief [Docket No. 63]*, the Debtors redacted certain personal identifying information from the Schedules and Statements.

(j)     **First Day Orders**. The Court has entered various customary "first day" orders (collectively, the "First Day Orders"), authorizing the Debtors and their estates to pay or otherwise satisfy certain prepetition claims, including, without limitation, certain claims related to employees, taxes, and insurance programs. The majority of the First Day Orders were granted on an interim basis. Due to the timing of filing

the Schedules and Statements, certain prepetition claims which will be satisfied pursuant to the relief granted by the First Day Orders, may not be reflected in the Schedules and Statements.

(k)     **Intellectual Property Rights**.  Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(l)     **Insiders**.  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (i) current or former directors, officers, or persons in control of the Debtors; (ii) relatives of current or former directors, officers, or persons in control of the Debtors; (iii) a partnership in which the Debtors is a general partner; or (iv) an affiliate of the Debtors.  Except as otherwise disclosed herein or in the Statements, payments to insiders listed in (i) through (iv) above are set forth on Statement 4.  Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved.  Further, the Debtors and their estates do not take any position with respect to:  (1) any such person's influence over the control of the Debtors; (2) the management responsibilities or functions of any such individual; (3) the decision-making or corporate authority of any such individual; or (4) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

3.     **Methodology**.

(a)     **Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

(b)     **Duplication**.  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and

Statements. To the extent these disclosures would be duplicative, the Debtors have made reasonable efforts to only list such assets, liabilities, and prepetition payments once.

(c) **Net Book Value**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all estate assets. Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date and may not reflect the net realizable value of such assets. Unless otherwise noted, Schedule A/B generally reflects the Debtors' books and records as of October 31, 2024, which follows the Debtor's fiscal calendar.

(d) **Allocation of Liabilities**. At the time of the filing of the Schedules and Statements, the Debtors are continuing to reconcile certain accounts payable liabilities. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors and their estates reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

(e) **Unknown or Undetermined Amounts**. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

(f) **Credits and Adjustments**. Claims of creditors are listed in the amounts entered on the Debtors' books and records, and may not reflect certain credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors and their estates reserve all rights with regard to any such credits, allowances, and other adjustments, including, without limitation, the right to assert claims, objections, setoffs, and recoupments with respect to the same.

(g) **Currency**. Unless otherwise indicated, all amounts are reflected in United States currency ("USD"). The values reported herein are in USD.

(h) **Setoffs**. To the extent the Debtors have incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or are subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, such setoffs are included in the Schedules and Statements. To the extent such setoffs are excluded from the Schedules and Statements, the Debtors and their estates reserve all rights with respect to any such setoffs.

4. **Specific Schedules Disclosures**.

(a)     **Schedule A/B: Assets – Real and Personal Property**

The asset information provided herein, except as otherwise noted, is reported as of the closing accounting period, October 31, 2024

(i)      **Schedule A/B 3**.  Schedule A/B 3 lists bank account balances as of the Petition Date.

(ii)     **Schedule A/B 8**.  The Debtors are required to make prepayments from time to time with various vendors, landlords, and service providers in the ordinary course of their business operations.  The Debtors have exercised reasonable efforts to report the current value of any prepayments. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified.

(iii)    **Schedule A/B 19**.  The Debtors may have additional low-value stock items on site that have no salvage value and have been fully written-off by the Debtors.

(iv)    **Schedule A/B 25**.  While the inventory listed in Schedule A/B 19 is as of October 31, 2024, to the best of the Debtors' knowledge, no goods have been received within 20 days of the Petition Date.

(v)     **Schedule A/B 39**.  The Debtors do not have a viable way of separating furniture and fixtures.  Accordingly, the values of items that fall under Schedules A/B 39-40 are consolidated within Schedule A/B 39.

(vi)    **Schedule A/B 50.**  Certain vehicles and trucks may be included in A/B 50, but the Debtors do not have a viable way of separating the Net Book Value attributed to various assets in the Schedule. Accordingly, the Net Book Value of vehicles and parts listed in Schedule A/B 50 includes in assets that could be listed in Schedule A/B 47.

(vii)    **Schedule Part 10.** Schedule Part 10 (Intangibles and intellectual property) may not reflect current fair market values and may be marked down in subsequent periods. Additionally, in some cases when the value of certain intangibles is not readily ascertainable, the value of intangibles may be listed as undetermined.

(viii)   **Schedule A/B 60.**  Schedule A/B 60 reflects only granted patents. The Debtors may have additional patents pending that have not been included in this schedule.

(ix)    **Schedule A/B 64.** The Debtors may have created certain social media accounts that are not actively managed or tracked. To the extent that these social media accounts exist, they have not been included in this schedule.

(x)    **Schedule A/B 74.**  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all their respective causes of action or potential causes of action against third parties as assets, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws (including, but not limited to, intellectual property laws).  The Debtors and their estates reserve all rights with respect to any claims and causes of action that they may have (including, but not limited to, patent infringement), and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of actions, or in any way waive, prejudice, impair, or otherwise affect the assertion of such claims and causes of action.

(xi)    **Schedule A/B 77.**  Historically, a substantial amount of the Debtors' intercompany balances derived from non-cash transactions, including the contribution of certain intangibles and intellectual property, in accordance with transfer pricing and other accounting standards. Intercompany amounts listed in Schedule A/B 77 may not be listed in Schedule 10 (Accounts receivable). Pursuant to the winddown support agreement and based on certain transactions that occurred prepetition, certain intercompany balances may have been settled or have materially changed.

(b)    **Schedule D: Creditors Who Have Claims Secured by Property**

Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any of the Debtors.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.  Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and their estates reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document, or instrument related to any such claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors.  No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies, and other parties that may hold security deposits.

Except as specifically stated herein, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses that such parties may be entitled to and are not reflective of any payments made by the Debtors subsequent to the Petition Date.

(c)     **Schedule E/F: Creditors Who Have Unsecured Claims**

(i)     **Part 1 – Creditors with Priority Unsecured Claims**. The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or priority status of any claim on any basis at any time.

Certain tax claims owing to various taxing authorities may be subject to on-going audits. The Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the tax claims listed on Schedule E/F, Part 1. Therefore, the Debtors have listed all such claims as undetermined in amount, pending resolution of on-going audits or other outstanding issues.

Pursuant to the order relief granted in the *Interim Order (I) Authorizing (A) Payment of Certain Prepetition Workforce Obligations, (B) Continuance of Workforce Programs, (C) Payment of Withholding and Payroll-Related Taxes, (D) Payment of Prepetition Claims Owing to Administrators, and (II) Granting Related Relief* [Docket No. 65] (the "Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including, without limitation, obligations related to employee wages and other employee benefits, in the ordinary course of business. Accordingly, the Debtors have not listed on Schedule E/F, Part 1 any wage or wage-related obligations for which the Debtors have granted authority to pay pursuant to the Employee Wage Orders or other order that may be entered by the Bankruptcy Court. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during the Chapter 11 Cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court.

The Debtors maintain a pre-tax 401(k) plan for regular full-time and regular part-time employees. The Debtors, on a monthly basis, contribute 3% of employees' eligible pay regardless of employee contribution amount. There are no outstanding amounts owed to employees under this program as of the Petition Date and as the Debtors have received authority to continue to process the 401(k) plan obligations on a postpetition basis in the ordinary course of business, there are no 401(k) matching contribution obligations listed on Schedule E/F.

(ii)   **Part 2 – Creditors with Nonpriority Unsecured Claims**. Certain creditors listed on Part 2 of Schedule E/F may owe amounts to the Debtors; accordingly, the Debtors and their estates may have valid setoff and recoupment rights with respect to such amounts. Also, the amounts listed on Part 2 of Schedule E/F reflect known prepetition claims as of the Petition Date. Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Part 2 of Schedule E/F, and the Debtors and their estates reserve all rights to challenge any setoff and recoupment rights that may be asserted against them. The Debtors and their estates reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Part 2 of Schedule E/F.

The Debtors have used commercially reasonable efforts to include all creditors on Part 2 of Schedule E/F. The amounts listed for liabilities on Schedule E/F may be exclusive of certain contingent and unliquidated amounts.

To the extent that they have been paid, the Debtors have not listed on Part 2 of Schedule E/F, among others, certain unsecured employee wage or benefit claims or claims related to the Debtors' insurance programs for which the Debtors have been granted authority to pay pursuant to a First Day Order. The Debtors and their estates reserve their rights to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority claims.

Third parties should not anticipate that the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules will reflect their ultimate recoveries in the Chapter 11 Cases. Actual assets and liabilities may deviate from the amounts shown in the Schedules due to various events that occur throughout the duration of the Chapter 11 Cases.

Historically, a substantial amount of the Debtors' intercompany claims derived from non-cash transactions, including the contribution of certain intangibles and intellectual property, in accordance with transfer pricing and other accounting standards. Pursuant to the winddown support agreement

and based on certain transactions that occurred prepetition, certain intercompany claims may have been settled or have materially changed.

(d)     **Schedule G: Executory Contracts and Unexpired Leases**

Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred in preparing Schedule G. Omission of a contract, lease, or other agreement from Schedule G does not constitute an admission that such omitted contract, lease, or other agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases, and other agreements to which the Debtors are a party, including, without limitation, to add any that the Debtors did not list on Schedule G at this time. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date or is valid or enforceable. The agreements listed on Schedule G may have expired, or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements that may not be listed on Schedule G. Additionally, the Debtors maintain certain insurance programs. The Debtors and their estates reserve all rights in connection with such insurance programs.

All rights, claims, and causes of action of the Debtors and their estates with respect to the agreements listed on Schedule G are hereby reserved and preserved. The Debtors and their estates hereby reserve all rights to: (i) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (ii) dispute or challenge the characterization of the structure of any transaction, document, or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (iii) amend or supplement Schedule G, as necessary.

In the ordinary course of business, the Debtors may have issued purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G.

The Debtors have made reasonable efforts to attribute the correct address to each counterparty. However, in certain instances, additional or alternate addresses that are not listed may be applicable for contract counterparties.

Certain of the agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement, and where a contract party remained uncertain, such agreements may have been listed on a

different Debtor's Schedule G.  In some cases, the Debtors may have inadvertently listed the incorrect Debtor party.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements and non-disclosure agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G. To the extent that any confidentiality agreements are listed individually on Schedule G, such confidentiality agreements do not constitute executory contracts to which the Debtors are bound to.

The Debtors have made reasonable efforts to identify and correct details regarding effective contract dates, contract descriptions, debtor entities, counterparty addresses, and other terms included for such listed agreements.

(e)     **Schedule H: Codebtors**

In the ordinary course of their business, the Debtors may historically have paid certain expenses on behalf of other Debtors and non-Debtor affiliates.  The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable.  Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties.  Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth on Schedule H.  However, some such claims may be listed elsewhere in the Schedules and Statements.

5.     **Specific Statements Disclosures**.

(a)     **Statements, Question 1**. In the normal course of business, the debtors recognize intercompany revenue which is recorded in accordance with transfer pricing and other accounting standards. For SOFA 1, gross revenue from the business does not reflect intercompany revenue and is limited to recognition of revenue or sales to unaffiliated third parties.

(b)     **Statements, Question 3**. Payments included in Statement 3 are as of the Petition Date. Statement 3 includes any disbursement or other transfer made by each particular Debtor, except for those made to insiders, which are reflected in Statement 4.

As previously set forth herein and in more detail in the Cash Management Motion, the Debtors maintain a centralized cash management system. As a result, during the year preceding the Petition Date, the Debtors may have made certain payments to creditors of other Debtors or non-Debtor affiliates.

For certain creditors receiving payment, the Debtors maintain multiple addresses for such vendor. Efforts have been made to attribute the correct address, however, in certain instances, alternate addresses may be applicable for a party listed in response to Statement 3.

Reasonable efforts have been made to identify pertinent activity. However, certain *de minimis* activity may have been unintentionally omitted due to the lack of availability of certain details and/or insights at the time of assessment.

(c)     **Statements, Question 4**. Payments included in Statement 4 are as of the Petition Date. Intercompany payables and receivables as of the Petition Date can be found on Schedule E/F and Schedule A/B. Any required details for Statement 30 are addressed with the information provided in Statement 4.

Certain Insiders are paid via non-debtor entities and therefore do not have any payments listed in this Statement.

(d)     **Statements, Question 7**. The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings. Audits of third-party products have been excluded. Certain matters listed under legal actions, administrative proceedings, court actions, executions, attachments, or government audits may represent potential, rather than actually filed, legal actions. Additionally, one action was recently voluntarily dismissed but may be re-filed in the future.

(e)     **Statements, Question 11**. Payments included in Statement 11 are as of the Petition Date. All payments for services of any entities that provided consultation concerning debt restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within 1 year immediately preceding the Petition Date are listed on the Debtor's respective Statements, as applicable. The Debtors have endeavored to list only payments made for debt restructuring services, however, in some instances, these balances may include payments for services not related to restructuring or bankruptcy matters. Additional information regarding the Debtors' retention of professionals is more fully described in the individual retention applications for those professionals.

(f)     **Statements, Question 13**.  While the Debtors have made reasonable efforts to respond comprehensively to Statement 13, certain *de minimis* asset sales and transfers may be omitted unintentionally.

(g)     **Statements, Question 20**.  The Debtors previously maintained a warehouse used for off-premises storage. As of the Petition Date, the Debtors no longer lease this space and do not have any property held in off-premises storage.

(h)     **Statements, Question 26d**.  From time to time, the Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons.  Recipients may have included, without limitation, financial institutions, investment banks, debtholders, and their legal and financial advisors.  The Debtors do not maintain complete lists to track such disclosures.  Further, the Debtors do not have visibility into financial statements that were provided to counterparties by any former members of the management team.  As such, the Debtors may not have provided a complete listing of these parties in response to this question.

(i)     **Statements, Question 29**. Colin Mark Freed no longer holds the position of Chief Commercial Officer, effective as of December 14, 2024. However, he remains the Chief Financial Officer.

**END OF GLOBAL NOTES**

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

**Fill in this information to identify the case:**

Debtor name: **Synchronous LLC**

United States Bankruptcy Court for the Division, District of **Delaware**

Case number: (If known): **24-12795**

☐ **Check if this is an amended filing**

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from Schedule A/B | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from Schedule A/B | $ 288,559,748.92 |
| 1c. **Total of all property:** Copy line 92 from Schedule A/B | $ 288,559,748.92 |

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property:** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$ 76,000,542.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims:** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F

$ 0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F

+ $ 291,134,007.41

4. **Total liabilities:**
Lines 2 + 3a + 3b

$ 367,134,549.41

Fill in this information to identify the case:

Debtor name: Synchronous LLC

United States Bankruptcy Court for the Division, District of **Delaware**

Case number (If known): 24-12795

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
|---|---|---|---|---|---|
| 3.1. | Wells Fargo Bank N.A. | Checking | 5596 | $ | 92,328.23 |
| 3.2. | Wells Fargo Bank N.A. | Restricted Account | 5480 | $ | 100,000.00 |
| 3.3. | Wells Fargo Bank N.A. | Bid Account (Other Deposits) | 5409 | $ | 0.00 |
| 3.4. | Wells Fargo Bank N.A. | Segregated Carve Out / Professional Fee | 6655 | $ | 0.00 |
| 3.5. | Wells Fargo Bank N.A. | Adequate Assurance | 6648 | $ | 0.00 |

4. **Other cash equivalents (Identify all)**

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 192,328.23

**Part 2:**    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

7. **Deposits, including security deposits and utility deposits**

| 7.1. | Security Deposit (HQ) − Katerra − Security Deposit (HQ) | $ | 195,422.02 |
|---|---|---|---|
| 7.2. | Additional Security Deposit (HQ) - Kidder Matthews | $ | 5,996.00 |
| 7.3. | Sec 125 Funding deposit - Navia Benefits | $ | 1,945.53 |
| 7.4. | Sec 125 Funding deposit - Navia Benefits | $ | 2,844.47 |
| 7.5. | Security Deposit (SoTres) - Prologis Logistics | $ | 72,665.44 |
| 7.6. | Security Deposit (SoDo) - Terreno Occidental, LLC | $ | 37,920.00 |
| 7.7. | Security Deposit (SoDo) - Terreno Occidental, LLC | $ | 23,018.39 |
| 7.8. | Security Deposit (SoDo) - Terreno Occidental, LLC | $ | 12,288.00 |
| 7.9. | Security Deposit (Centralia) - TransAlta Centralia Mining | $ | 4,800.00 |
| 7.10. | Deposit for main workshop and PMS building - TransAlta Centralia Mining | $ | 26,140.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| 8.1. | See attached Exhibit AB8 | $ | 6,836,265.93 |
|---|---|---|---|

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $ 7,219,305.78 |
|---|---|

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11 a. 90 days old or less:

$ 1,421,455.68          -          $ 0.00          = →          $ 1,421,455.68

face amount                              doubtful or uncollectible accounts

11 b. Over 90 days old:

_____          -          _____          = →          _____

face amount                              doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 1,421,455.68

---

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- |

**14. Mutual funds or publicly traded stocks not included in Part 1**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

---

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**19. Raw materials**

| 19.1. | Raw Materials | MM/DD/YYYY | $ 6,048,090.96 | Net Book Value | $ 6,048,090.96 |

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 6,048,090.96

---

Official Form 106A/B                    **Schedule A/B: Property**                    page 3

24. **Is any of the property listed in Part 5 perishable?**

☑ No.

☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No.

☐ Yes.

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---------|---------|---------|---------|

28. **Crops–either planted or harvested**

29. **Farm animals Examples: Livestock, poultry, farm-raised fish**

30. **Farm machinery and equipment (Other than titled motor vehicles)**

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

| | $ 0.00 |
|---|---|

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Schedule A/B: Property**

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

| 39.1. | Office furniture | $ | 469,974.25 | Net Book Value | $ | 469,974.25 |
|---|---|---|---|---|---|---|

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| 41.1. | Office equipment | $ | 1,114,886.95 | Net Book Value | $ | 1,114,886.95 |
|---|---|---|---|---|---|---|

**42. Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles**

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 1,584,861.20

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, mode, and identification numbers (i.e VIN, HIN) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels**

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1. | Vehicle Parts - WA | $ | 12,065,340.07 | NBV | $ | 12,065,340.07 |
|---|---|---|---|---|---|---|
| 50.2. | CapEx Machinery, Equipment & Tools | $ | 6,846,829.00 | NBV | $ | 6,846,829.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                                    $ 18,912,169.07

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

☑ Yes.

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
| --- | --- | --- | --- | --- |
| 55.1. | Lease Right−of−Use Asset, Various | Leased | $ 7,341,905.28 | Undetermined | $ Undetermined |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.                    Undetermined

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☑ Yes.

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. Patents, copyrights, trademarks, and trade secrets

61. Internet domain names and websites

| | | | |
|---|---|---|---|
| 61.1. first-mode.co.za | $ Undetermined | N/A | $ Undetermined |
| 61.2. firstmode.co.za | $ Undetermined | N/A | $ Undetermined |

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations

64. Other intangibles, or intellectual property

65. Goodwill

66. Total of Part 10.

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☑ No.

☐ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.

☐ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

71. Notes receivable

72. Tax refunds and unused net operating losses (NOLs)

73. Interests in insurance policies or annuities

| | | |
|---|---|---|
| 73.1. See Attached Exhibit AB73 | $ | Undetermined |

74. Causes of action against third parties (whether or not a lawsuit has been filed)

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

**77.** **Other property of any kind not already listed** Examples: Season tickets, country club membership

| | | | |
|---|---|---|---|
| 77.1. | Intercompany due from First Mode Holdings Inc. | $ | 14,345,737.00 |
| 77.2. | Intercompany due from First Mode Pty Ltd | $ | 15,117,553.00 |
| 77.3. | Intercompany due from First Mode IPP Ltd | $ | 223,664,330.00 |
| 77.4. | Intercompany due from First Mode SpA. Chile-Sub | $ | 11,186.00 |
| 77.5. | Intercompany due from First Mode SAO . SA -Sub | $ | 42,732.00 |

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 253,181,538.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80** . Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $ 192,328.23 | |
| **81** . Deposits and prepayments. Copy line 9, Part 2. | $ 7,219,305.78 | |
| **82** . Accounts receivable. Copy line 12, Part 3. | $ 1,421,455.68 | |
| **83** . Investments. Copy line 17, Part 4. | $ 0.00 | |
| **84** . Inventory. Copy line 23, Part 5. | $ 6,048,090.96 | |
| **85** . Farming and fishing-related assets.Copy line 33, Part 6. | $ 0.00 | |
| **86** . Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $ 1,584,861.20 | |
| **87** . Machinery, equipment, and vehicles. Copy line 51, Part 8. | $ 18,912,169.07 | |
| **88** . Real property. Copy line 56, Part 9. | | Undetermined |

**Schedule A/B: Property**



89 . Intangibles and intellectual property. Copy line 66, Part 10.

$ 0.00

90 . All other assets. Copy line 78, Part 11.

$ 253,181,538.00

91 . Total. Add lines 80 through 90 for each column.

91a. $ 288,559,748.92    +    91b. $ 0.00 +
Undetermined

92 . Total of all property on Schedule A/B. Lines 91a + 91b = 92

288,559,748.92

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 2, QUESTION 8

PREPAYMENTS, INCLUDING PREPAYMENTS ON
EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES,
AND RENT

**Synchronous LLC**
**Case No. 24-12795**
**Schedule AB-8: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Name of Holder of Prepayment | Description | Current Value of Debtor's Interest |
|---|---|---|
| Ally Bank | Finance Vendor Prepayment | $958.16 |
| **Ally Bank Total** | | **$958.16** |
| AlphaSense, Inc | IT Vendor Prepayment | $7,212.27 |
| **AlphaSense, Inc Total** | | **$7,212.27** |
| Altium Inc. | IT Vendor Prepayment | $7,707.37 |
| **Altium Inc. Total** | | **$7,707.37** |
| Applied CAx, LLC | Engineering Services Vendor Prepayment | $512,073.07 |
| **Applied CAx, LLC Total** | | **$512,073.07** |
| Atlas Copco Compressors LLC | Manufacturing Vendor Prepayment | $4,815.14 |
| **Atlas Copco Compressors LLC Total** | | **$4,815.14** |
| Australian American Chamber of Commerce - Pacific Northwest | Consulting Services Vendor Prepayment | $416.70 |
| **Australian American Chamber of Commerce - Pacific Northwest Total** | | **$416.70** |
| Autodesk | IT Vendor Prepayment | $7,448.64 |
| **Autodesk Total** | | **$7,448.64** |
| Ballard Power Systems Inc. | Energy Vendor Prepayment | $2,545,000.00 |
| **Ballard Power Systems Inc. Total** | | **$2,545,000.00** |
| Blueground US, Inc. | Rent Vendor Prepayment | $1,392.15 |
| **Blueground US, Inc. Total** | | **$1,392.15** |
| BrightLoop Converters | Manufacturing Vendor Prepayment | $1,345,867.25 |
| **BrightLoop Converters Total** | | **$1,345,867.25** |
| Built In, Inc. | Consulting Services Vendor Prepayment | $1,405.10 |
| **Built In, Inc.  Total** | | **$1,405.10** |
| Carta, Inc. | Finance Vendor Prepayment | $34,788.50 |
| **Carta, Inc. Total** | | **$34,788.50** |
| Central Puget Sound Regional Transit Authority | Tax & Government Vendor Prepayment | $10,378.06 |
| **Central Puget Sound Regional Transit Authority Total** | | **$10,378.06** |
| Charging Interface Initiative e. V. | Engineering Services Vendor Prepayment | $1,329.00 |
| **Charging Interface Initiative e. V. Total** | | **$1,329.00** |
| Cigna Health and Life Insurance Company | Bill - Cigna Health and Life Insurance Company: Travel Insurance provider (06-22-2024 06-21-2025) | $23,141.22 |
| **Cigna Health and Life Insurance Company Total** | | **$23,141.22** |
| Circa | HR Vendor Prepayment | $4,527.25 |
| **Circa Total** | | **$4,527.25** |
| City Of Seattle- Pioneer Square BIA | Tax & Government Vendor Prepayment | $531.50 |
| **City Of Seattle- Pioneer Square BIA Total** | | **$531.50** |
| Coder Technologies, Inc. | IT Vendor Prepayment | $1,616.45 |
| **Coder Technologies, Inc. Total** | | **$1,616.45** |
| Conference Technologies, Inc. | IT Vendor Prepayment | $0.00 |
| **Conference Technologies, Inc. Total** | | **$0.00** |
| Convergint Technologies, LLC | IT Vendor Prepayment | $546.64 |
| **Convergint Technologies, LLC Total** | | **$546.64** |
| Cryostar USA LLC | Manufacturing Vendor Prepayment | $147,596.00 |
| **Cryostar USA LLC Total** | | **$147,596.00** |
| Degree, Inc (DBA Lattice) | HR Vendor Prepayment | $7,960.11 |
| **Degree, Inc (DBA Lattice) Total** | | **$7,960.11** |
| Delta Airlines | Non-Merchandise Vendor Prepayment | $5,154.22 |
| **Delta Airlines Total** | | **$5,154.22** |
| DocuSign Inc. | IT Vendor Prepayment | $10,380.26 |
| **DocuSign Inc. Total** | | **$10,380.26** |
| Dun & Bradstreet, Inc. | Finance Vendor Prepayment | $2,538.84 |
| **Dun & Bradstreet, Inc. Total** | | **$2,538.84** |
| FARO Technologies, Inc. | IT Vendor Prepayment | $2,351.25 |
| **FARO Technologies, Inc. Total** | | **$2,351.25** |
| FloQast, Inc. | Finance Vendor Prepayment | $39,782.69 |
| **FloQast, Inc. Total** | | **$39,782.69** |
| Focus B.V. | Consulting Services Vendor Prepayment | $4,742.32 |
| **Focus B.V. Total** | | **$4,742.32** |
| Fortra, LLC | IT Vendor Prepayment | $31,000.00 |
| **Fortra, LLC Total** | | **$31,000.00** |
| Gamma Technologies LLC | IT Vendor Prepayment | $69,624.90 |
| **Gamma Technologies LLC Total** | | **$69,624.90** |
| Greene IS | IT Vendor Prepayment | $28,224.44 |
| **Greene IS Total** | | **$28,224.44** |
| Greenhouse Software | HR Vendor Prepayment | $17,724.20 |
| **Greenhouse Software Total** | | **$17,724.20** |
| Hawk Ridge Systems LLC | IT Vendor Prepayment | $1,298.56 |
| **Hawk Ridge Systems LLC  Total** | | **$1,298.56** |
| Hexagon Manufacturing Intelligence, Inc. | Manufacturing Vendor Prepayment | $18,117.22 |
| **Hexagon Manufacturing Intelligence, Inc. Total** | | **$18,117.22** |
| Honeywell International Inc. | Manufacturing Vendor Prepayment | $35,050.13 |
| **Honeywell International Inc. Total** | | **$35,050.13** |
| HSI Workplace Compliance Solutions, Inc. | HR Vendor Prepayment | $6,734.79 |
| **HSI Workplace Compliance Solutions, Inc. Total** | | **$6,734.79** |
| Insight Direct USA, Inc. | IT Vendor Prepayment | $983.97 |

**Synchronous LLC**
**Case No. 24-12795**
**Schedule AB-8: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Name of Holder of Prepayment | Description | Current Value of Debtor's Interest |
|---|---|---|
| **Insight Direct USA, Inc. Total** | | **$983.97** |
| International SOS (ANZ) Pty Ltd | Consulting Services Vendor Prepayment | $19,661.77 |
| **International SOS (ANZ) Pty Ltd Total** | | **$19,661.77** |
| ISN Software Corporation | IT Vendor Prepayment | $7,333.33 |
| **ISN Software Corporation Total** | | **$7,333.33** |
| Jama Software, Inc. | IT Vendor Prepayment | $48,645.15 |
| **Jama Software, Inc. Total** | | **$48,645.15** |
| King County Finance Acct# 4200-045198-64 | Tax & Government Vendor Prepayment | $5,242.14 |
| **King County Finance Acct# 4200-045198-64 Total** | | **$5,242.14** |
| KnowBe4, Inc | IT Vendor Prepayment | $2,765.71 |
| **KnowBe4, Inc Total** | | **$2,765.71** |
| LastPass US LP | IT Vendor Prepayment | $4,555.11 |
| **LastPass US LP Total** | | **$4,555.11** |
| LAZ Parking Northwest, LLC | Rent Vendor Prepayment | $24,955.12 |
| **LAZ Parking Northwest, LLC Total** | | **$24,955.12** |
| LinkedIn Corporation | IT Vendor Prepayment | $11,737.44 |
| **LinkedIn Corporation Total** | | **$11,737.44** |
| MetLife | Insurance Vendor Prepayment | $0.00 |
| **MetLife Total** | | **$0.00** |
| Miro | IT Vendor Prepayment | $36,225.00 |
| **Miro Total** | | **$36,225.00** |
| monday.com Ltd | IT Vendor Prepayment | $23,128.16 |
| **monday.com Ltd Total** | | **$23,128.16** |
| Navia Benefit Solutions | HR Vendor Prepayment | $28,448.01 |
| **Navia Benefit Solutions Total** | | **$28,448.01** |
| New Eagle | Engineering Services Vendor Prepayment | $16,412.14 |
| **New Eagle Total** | | **$16,412.14** |
| New Eagle, LLC | Engineering Services Vendor Prepayment | $10,521.04 |
| **New Eagle, LLC Total** | | **$10,521.04** |
| Prologis Targeted U.S. Logistics Fund, L.P. | Rent Vendor Prepayment | $82,381.10 |
| **Prologis Targeted U.S. Logistics Fund, L.P. Total** | | **$82,381.10** |
| Qatar Airways | Non-Merchandise Vendor Prepayment | $5,254.45 |
| **Qatar Airways Total** | | **$5,254.45** |
| Qualtrics, LLC | IT Vendor Prepayment | $4,486.52 |
| **Qualtrics, LLC Total** | | **$4,486.52** |
| Real-Time Innovations, Inc | IT Vendor Prepayment | $16,945.82 |
| **Real-Time Innovations, Inc Total** | | **$16,945.82** |
| Reedo LP c/o KG Investment Properties, LLC formerly Kidder Matthews | Rent Vendor Prepayment | $0.00 |
| **Reedo LP c/o KG Investment Properties, LLC formerly Kidder Matthews Total** | | **$0.00** |
| Rockwell Automation, Inc. formerly Plex Systems, Inc. | Manufacturing Vendor Prepayment | $32,182.29 |
| **Rockwell Automation, Inc. formerly Plex Systems, Inc. Total** | | **$32,182.29** |
| Sage Intacct, Inc. | Finance Vendor Prepayment | $63,089.29 |
| **Sage Intacct, Inc. Total** | | **$63,089.29** |
| Salesforce.com, Inc. | IT Vendor Prepayment | $8,754.94 |
| **Salesforce.com, Inc. Total** | | **$8,754.94** |
| Sequoia Benefits & Insurance Services, LLC (Benefits) | Bill - Sequoia Benefits & Insurance Services, LLC (Benefits): Global Core: Ongoing Global Coordination services for the following countries for 1/1/2024 to 12/31/2024 | $3,800.00 |
| Sequoia Benefits & Insurance Services, LLC (Benefits) | Bill - Sequoia Benefits & Insurance Services, LLC (Benefits): Policy #CAP9510111 07/27/2023-07/27/2024 | $303.68 |
| **Sequoia Benefits & Insurance Services, LLC (Benefits) Total** | | **$4,103.68** |
| Sequoia Benefits & Insurance Services, LLC (Insurance) | Bill - Sequoia Benefits & Insurance Services, LLC (Insurance): Earthquake Policy for 1015 Big Hanaford - Total annual premium including Taxes and fees for the policy term 12/13/2023 to 12/13/2024. | $189.45 |
| Sequoia Benefits & Insurance Services, LLC (Insurance) | Bill - Sequoia Benefits & Insurance Services, LLC (Insurance): EPLI & Excess EPLI - Excess EPL - Annual Premium (07/15/2024-07/15/2025) | $26,787.95 |
| Sequoia Benefits & Insurance Services, LLC (Insurance) | Bill - Sequoia Benefits & Insurance Services, LLC (Insurance): General Liability & Excess GL - Terrorism Coverage - Annual Premium (07/15/2024-07/15/2025) | $101,821.94 |
| Sequoia Benefits & Insurance Services, LLC (Insurance) | Bill - Sequoia Benefits & Insurance Services, LLC (Insurance): Policy #B0180PC2312432 08/15/2024-08/15/2025 - Falvey Cargo Underwriting / Underwriters at Lloyd's, London | $232,547.88 |
| Sequoia Benefits & Insurance Services, LLC (Insurance) | Bill - Sequoia Benefits & Insurance Services, LLC (Insurance): Policy #B0621PSYNC000824 08/14/2024-07/15/2025 - Underwriters at Lloyds London (Prof Liab/Tech E&O/Cyber - Annual Premium) | $64,894.94 |
| Sequoia Benefits & Insurance Services, LLC (Insurance) | Bill - Sequoia Benefits & Insurance Services, LLC (Insurance): Policy #B0621PSYNC001024 08/14/2024-07/15/2025 - Underwriters at Lloyds London (Excess PL/E&O/Cyber | $39,055.53 |
| Sequoia Benefits & Insurance Services, LLC (Insurance) | Bill - Sequoia Benefits & Insurance Services, LLC (Insurance): Policy #ITL100065381524 (05/31/2024-07/15/2025) | $173,873.94 |
| Sequoia Benefits & Insurance Services, LLC (Insurance) | Bill - Sequoia Benefits & Insurance Services, LLC (Insurance): Policy #TBD 07/01/2024-07/01/2025 - Foreign Package - Annual Premium, UK GL & Prop Premium | $18,859.72 |
| Sequoia Benefits & Insurance Services, LLC (Insurance) | Bill - Sequoia Benefits & Insurance Services, LLC (Insurance): Policy #UKA302355424 - Kidnap & Extortion - Annual Premium (07/15/2024-07/15/2027) | $3,933.46 |
| Sequoia Benefits & Insurance Services, LLC (Insurance) | Bill - Sequoia Benefits & Insurance Services, LLC (Insurance): Property Coverage – SCG Combined (07/15/2024 - 07/15/2025) Policy # 01719828200, CPR0004740724, P00100394714101, UB241465A0200) | $204,940.38 |
| Sequoia Benefits & Insurance Services, LLC (Insurance) | Bill - Sequoia Benefits & Insurance Services, LLC (Insurance): RLI Insurance Company - Policy #CAP9510112 (07/27/2024-07/15/2025) | $40,526.69 |
| **Sequoia Benefits & Insurance Services, LLC (Insurance) Total** | | **$907,431.88** |

**Synchronous LLC**
**Case No. 24-12795**
**Schedule AB-8: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Name of Holder of Prepayment | Description | Current Value of Debtor's Interest |
|---|---|---|
| Singapore Airlines | Non-Merchandise Vendor Prepayment | $4,746.10 |
| **Singapore Airlines Total** | | **$4,746.10** |
| Smartsheet Inc. | IT Vendor Prepayment | $10,969.23 |
| **Smartsheet Inc. Total** | | **$10,969.23** |
| Solarwinds Worldwide, LLC | IT Vendor Prepayment | $612.49 |
| **Solarwinds Worldwide, LLC Total** | | **$612.49** |
| Sourcegraph Inc. | IT Vendor Prepayment | $23,983.94 |
| **Sourcegraph Inc. Total** | | **$23,983.94** |
| Sphera Solutions, Inc. | IT Vendor Prepayment | $928.87 |
| **Sphera Solutions, Inc. Total** | | **$928.87** |
| Stratasys | Manufacturing Vendor Prepayment | $3,395.70 |
| **Stratasys Total** | | **$3,395.70** |
| Terreno Occidental, LLC | Rent Vendor Prepayment | $44,615.64 |
| **Terreno Occidental, LLC Total** | | **$44,615.64** |
| The Hartford | Insurance Vendor Prepayment | $10,005.60 |
| **The Hartford Total** | | **$10,005.60** |
| The Mathworks, Inc. | IT Vendor Prepayment | $267,657.38 |
| **The Mathworks, Inc. Total** | | **$267,657.38** |
| The Virtual Hub LTD | Consulting Services Vendor Prepayment | $1,298.24 |
| **The Virtual Hub LTD Total** | | **$1,298.24** |
| Thomson Reuters (Tax & Accounting) Inc | Finance Vendor Prepayment | $12,795.32 |
| **Thomson Reuters (Tax & Accounting) Inc Total** | | **$12,795.32** |
| TransAlta Centralia Mining LLC | Energy Vendor Prepayment | $36,917.00 |
| **TransAlta Centralia Mining LLC Total** | | **$36,917.00** |
| Trimble Inc. | IT Vendor Prepayment | $583.76 |
| **Trimble Inc. Total** | | **$583.76** |
| Undetermined (1) | Prepayment of goods and services | $8,439.91 |
| **Undetermined (1) Total** | | **$8,439.91** |
| Undetermined (2) | Prepayment of goods and services | $1,032.51 |
| **Undetermined (2) Total** | | **$1,032.51** |
| Unity Software | IT Vendor Prepayment | $0.00 |
| **Unity Software Total** | | **$0.00** |
| University Mechanical Contractors Inc. | Construction Services Vendor Prepayment | $4,334.42 |
| **University Mechanical Contractors Inc. Total** | | **$4,334.42** |
| WellsOne Commercial Card | Finance Vendor Prepayment | $11,045.03 |
| **WellsOne Commercial Card Total** | | **$11,045.03** |
| Western Integrated Technologies Inc | Manufacturing Vendor Prepayment | $3,945.34 |
| **Western Integrated Technologies Inc Total** | | **$3,945.34** |
| WIPFLI LLP | Consulting Services Vendor Prepayment | $1,839.15 |
| **WIPFLI LLP Total** | | **$1,839.15** |
| Workday, Inc. | IT Vendor Prepayment | $59,781.86 |
| **Workday, Inc. Total** | | **$59,781.86** |
| Zoom | IT Vendor Prepayment | $22,659.98 |
| **Zoom Total** | | **$22,659.98** |
| **Grand Total** | | **$6,836,265.93** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 11, QUESTION 73

INTERESTS IN INSURANCE POLICIES OR ANNUITIES

| Policy Type | Insurance Carrier | Policy Number | Policy Term | | Annual Estimated | Premium Financing |
| | | | Inception | Expiration | Premium | Used |
|---|---|---|---|---|---|---|
| Directors' & Officers' Liability Insurance - Tail (DIC) | Endurance American Specialty Insurance Company | ADL30075293000 | 12/13/2024 | 09/12/2025 | $ 325,000 | No |
| Directors' & Officers' Liability Insurance - Tail | Underwriters at Lloyd's, London | AMB05806 | 12/12/2024 | 09/12/2025 | $ 347,500 | No |
| Directors' & Officers' Liability Insurance - Tail | Everest National Insurance Company | EQ5EX00152-241 | 12/12/2024 | 09/12/2025 | $ 380,000 | No |
| Directors' & Officers' Liability Insurance - Tail | Zurich Commercial Insurance | B0509FINMR2451059 | 12/12/2024 | 09/12/2025 | $ 415,000 | No |
| Inland Marine | Starr Indemnity & Liability | ITL100065381524 | 05/31/2024 | 07/15/2025 | $ 270,605.00 | No |
| ERISA Fidelity Bond | Travelers Insurance Company | 107431771 | 06/22/2024 | N/A | $ 270.00 | No |
| Workers' Compensation | Hartford | 57 WEC AM8VYM | 07/15/2024 | 07/15/2025 | $ 16,625.00 | No |
| Commercial Package - General Liability - Primary | Upland | USPGL0031224 | 07/15/2024 | 07/15/2025 | $ 41,200.00 | No |
| Commercial Package - General Liability - Excess (Part 1) | Great American | XSF218563 | 07/15/2024 | 07/15/2025 | $ 27,924.00 | No |
| Commercial Package - General Liability - Excess (Part 2) | Arch | UXP105600300 | 07/15/2024 | 07/15/2025 | $ 50,150.00 | No |
| Commercial Package - General Liability - Excess (Part 3) | Upland | USXGL0011524 | 07/15/2024 | 07/15/2025 | $ 20,600.00 | No |
| Commercial Package - Property (Part 1) | AXIS | P00100394714101 | 07/15/2024 | 07/15/2025 | $ 70,000.00 | No |
| Commercial Package - Property (Part 2) | Convex | CPR0004740724 | 07/15/2024 | 07/15/2025 | $ 68,750.00 | No |
| Commercial Package - Property (Part 3) | Ascot | UB241465A0200 | 07/15/2024 | 07/15/2025 | $ 68,750.00 | No |
| Commercial Package - Property (Part 4) | Lexington | 01719828200 | 07/15/2024 | 07/15/2025 | $ 70,000.00 | No |
| EPLI - Employment Practices + Excess (Part 1) | Allianz Underwriters Insurance Company (underwriter) Nexus Specialty, Inc (claims) | HT188DMLA242 | 07/15/2024 | 07/15/2025 | $ 28,995.00 | No |
| EPLI - Employment Practices + Excess (Part 2) | Argonaut Insurance Co | CDX4260983-1 | 07/15/2024 | 07/15/2025 | $ 7,500.00 | No |
| Kidnap & Ransom | Great American Insurance Company (underwriter) Hiscox (risk assessor) | UKA3023554.24 | 07/15/2024 | 07/15/2027 | $ 5,207.00 | No |
| Foreign Package (Master) | Chubb | PHFD96470587002 | 07/01/2024 | 07/15/2025 | $ 27,256.00 | No |
| Business Auto | RLI Insurance | CAP9510831 | 08/08/2024 | 08/08/2025 | $ 54,226.00 | No |
| Cargo Stock Throughput | Underwriters at Lloyds London | B0180PC2412432 | 08/15/2024 | 07/14/2025 | $ 270,174.00 | No |
| Professional/Tech E&O Cyber Liability | Underwriters at Lloyds London | B0621PSYNC000824 | 08/14/2024 | 07/15/2025 | $ 82,594.00 | No |
| Excess E&O/Cyber Liability | Underwriters at Lloyds London | B0621PSYNC001024 | 08/14/2024 | 07/15/2025 | $ 49,933.00 | No |
| Earthquake | Underwriters at Lloyds London | 46-7500177706-S-02 | 12/13/2024 | 12/13/2025 | $ 1,331.00 | No |
| Medical Benefits Abroad (MBA) | Cigna Health and Life Insurance Company | 09784A001 | 06/22/2024 | 06/21/2025 | $ 36,068.34 | No |

Fill in this information to identify the case:

Debtor name: **Synchronous LLC**

United States Bankruptcy Court for the Division, District of **Delaware**

Case number (If known): **24-12795**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Anglo American Holdings Ltd<br>**Creditor's mailing address**<br>17 Charterhouse St<br>London, Greater London EC1N 6RA<br>United Kingdom<br>Creditor's email address, if known<br><br>_____<br>Date debt was incurred<br>Last 4 digits of account number  _ _ _ _<br>Do multiple creditors have an interest in the same property?<br>☐ No.<br>☑ Yes. Have you already specified the relative priority?<br>  ☑ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines | Describe debtor's property that is subject to a lien<br>**Describe the lien**<br>UCC Financing Statement<br>**Is the creditor an insider or related party?**<br>☐ No.<br>☑ Yes.<br>**Is anyone else liable on this claim?**<br>☐ No.<br>☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| **2.2** Creditor's name<br>Anglo American Int'l Holdings Ltd<br>**Creditor's mailing address**<br>17 Charterhouse St<br>London, Greater London EC1N 6RA<br>United Kingdom<br>Creditor's email address, if known<br><br>_____<br>Date debt was incurred<br>Last 4 digits of account number  _ _ _ _<br>Do multiple creditors have an interest in the same property?<br>☐ No.<br>☑ Yes. Have you already specified the relative priority?<br>  ☑ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines | Describe debtor's property that is subject to a lien<br>**Describe the lien**<br>UCC Financing Statement<br>**Is the creditor an insider or related party?**<br>☐ No.<br>☑ Yes.<br>**Is anyone else liable on this claim?**<br>☐ No.<br>☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $76,000,542.00 | Unknown |

| 3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $76,000,542.00 |
|---|---|

Debtor    Synchronous LLC _____ Name

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports |
| | Do not deduct the value of collateral | this claim |

**Part 1:** Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name

Anglo American PLC

Creditor's mailing address

17 Charterhouse St
London, Greater London EC1N 6RA
United Kingdom

Creditor's email address, if known

_____

Date debt was incurred                    _____

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No.
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien          **Unknown**          **Unknown**

Describe the lien

UCC Financing Statement

Is the creditor an insider or related party?

☐ No.
☑ Yes.

Is anyone else liable on this claim?

☐ No.
☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name

Anglo American Services (UK) Ltd

Creditor's mailing address

17 Charterhouse St
London, Greater London EC1N 6RA
United Kingdom

Creditor's email address, if known

_____

Date debt was incurred                    _____

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No.
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien          **Unknown**          **Unknown**

Describe the lien

UCC Financing Statement

Is the creditor an insider or related party?

☐ No.
☑ Yes.

Is anyone else liable on this claim?

☐ No.
☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** Creditor's name

Dell Financial Services LLC

Creditor's mailing address

1 Dell Way
Mail stop-PS2DF-23
Round Rock, TX 78682

Creditor's email address, if known

_____

Date debt was incurred                    _____

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No.
☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien          **Unknown**          **Unknown**

Describe the lien

UCC Financing Statement

Is the creditor an insider or related party?

☑ No.
☐ Yes.

Is anyone else liable on this claim?

☑ No.
☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          Page 2 of 5

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports |
| | | | Do not deduct the value of collateral | this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.6** Creditor's name

Macquarie Equipment Capital Inc

Creditor's mailing address

1301 Riverplace Blvd

Jacksonville, FL 32207

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _ _ _ _

Do multiple creditors have an interest in the same property?

☐ No.

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien — Unknown | Unknown

Describe the lien

UCC Financing Statement

Is the creditor an insider or related party?

☑ No.

☐ Yes.

Is anyone else liable on this claim?

☑ No.

☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.7** Creditor's name

PNC Bank, NaA

Creditor's mailing address

655 Business Center Dr, Ste 250

Horsham, PA 19044

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien — Unknown | Unknown

Describe the lien

UCC Financing Statement

Is the creditor an insider or related party?

☑ No.

☐ Yes.

Is anyone else liable on this claim?

☑ No.

☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.8** Creditor's name

Star Capital Group, LP

Creditor's mailing address

801 Cassatt Rd, Ste 200

Berwyn, PA 19312

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _ _ _ _

Do multiple creditors have an interest in the same property?

☑ No.

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien — Unknown | Unknown

Describe the lien

UCC Financing Statement

Is the creditor an insider or related party?

☑ No.

☐ Yes.

Is anyone else liable on this claim?

☑ No.

☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    Synchronous LLC _____
                         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.9 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |

**Creditor's name**
Wells Fargo Bank, NA

**Creditor's mailing address**
800 Walnut St, F0005-044
Des Moines, IA 50309

**Creditor's email address, if known**

_____

**Date debt was incurred**                    _____

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC Financing Statement

**Is the creditor an insider or related party?**

☑ No.

☐ Yes.

**Is anyone else liable on this claim?**

☑ No.

☐ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        Page 4 of 5

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
|---|

Debtor name: __Synchronous LLC__

United States Bankruptcy Court for the Division, District of __Delaware__

Case number (If known): __24-12795__

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  |  | Total Claim | Priority Amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Aliance for Pioneer Square<br>P.O. Box 4507<br>Seattle, WA 98194<br>__Date or dates debt was incurred__<br><br>__Last 4 digits of account number__ __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>Basis of claim:<br>Property Tax<br>Is the the claim subject to offset?<br>☑ No.<br>☐ Yes. | Undetermined | Undetermined |
| **2.2** Priority creditor's name and mailing address<br>Arizona Dept of Economic Security<br>P.O. Box 52027<br>Phoenix, AZ 85072-2027<br>__Date or dates debt was incurred__<br><br>__Last 4 digits of account number__ __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>Basis of claim:<br>Income and Franchise Taxes<br>Is the the claim subject to offset?<br>☑ No.<br>☐ Yes. | Undetermined | Undetermined |
| **2.3** Priority creditor's name and mailing address<br>Arizona Dept of Revenue<br>1600 W Monroe St<br>Phoenix, AZ 85007<br>__Date or dates debt was incurred__<br><br>__Last 4 digits of account number__ __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>Basis of claim:<br>Income and Franchise Taxes<br>Is the the claim subject to offset?<br>☑ No.<br>☐ Yes. | Undetermined | Undetermined |
| **2.4** Priority creditor's name and mailing address<br>CA Dept of Tax & Fee Administration<br>Account Information Group<br>P.O. Box 942879<br>Sacramento, CA 94279-0029<br>__Date or dates debt was incurred__<br><br>__Last 4 digits of account number__ __ __ __ __<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)<br>_____ | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>Basis of claim:<br>Income and Franchise Taxes<br>Is the the claim subject to offset?<br>☑ No.<br>☐ Yes. | Undetermined | Undetermined |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

**2.5** Priority creditor's name and mailing address
California Franchise Tax Board
P.O. Box 94257-0500
MIC:29
Sacramento, CA 94257-0500
**Date or dates debt was incurred**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis of claim:
Income and Franchise Taxes
**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

Total claim: Undetermined    Priority amount: Undetermined

---

**2.6** Priority creditor's name and mailing address
City of Seattle
700 5th Ave
Seattle, WA 98104
**Date or dates debt was incurred**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis of claim:
Income and Franchise Taxes
**Is the the claim subject to offset?**
- ☐ No.
- ☐ Yes.

Total claim: Undetermined    Priority amount: Undetermined

---

**2.7** Priority creditor's name and mailing address
City of Seattle
Office of City Finance License & Tax Admin
P.O. Box 34214
Seattle, WA 98124-4214
**Date or dates debt was incurred**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis of claim:
Income and Franchise Taxes
**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

Total claim: Undetermined    Priority amount: Undetermined

---

**2.8** Priority creditor's name and mailing address
Delaware Dept of State
P.O. Box 898
Division of Corporations
Dover, DE 19903
**Date or dates debt was incurred**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis of claim:
Income and Franchise Taxes
**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

Total claim: Undetermined    Priority amount: Undetermined

---

**2.9** Priority creditor's name and mailing address
Illinois Dept of Employment Security
P.O. Box 19300
Springfield, IL 62794-9300
**Date or dates debt was incurred**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis of claim:
Income and Franchise Taxes
**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

Total claim: Undetermined    Priority amount: Undetermined

---

**2.10** Priority creditor's name and mailing address
Illinois Dept of Revenue
P.O. Box 19052
Springfield, IL 62794-9052
**Date or dates debt was incurred**

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis of claim:
Income and Franchise Taxes
**Is the the claim subject to offset?**
- ☑ No.
- ☐ Yes.

Total claim: Undetermined    Priority amount: Undetermined

---

| **Part 1:** | **Additional Page** |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.11** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317
**Date or dates debt was incurred**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Income and Franchise Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Undetermined  Priority amount: Undetermined

---

**2.12** Priority creditor's name and mailing address
King County Assessor
201 S Jackson St
King Street Ctr, Rm 708
Seattle, WA 98104
**Date or dates debt was incurred**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Property Tax
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Undetermined  Priority amount: Undetermined

---

**2.13** Priority creditor's name and mailing address
Lewis County Treasurer's Office
351 NW North St
P.O. Box 509
Chehalis, WA 98532
**Date or dates debt was incurred**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Property Tax
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Undetermined  Priority amount: Undetermined

---

**2.14** Priority creditor's name and mailing address
Massachusetts Dept of Revenue
P.O. Box 7090
Boston, MA 02204-7090
**Date or dates debt was incurred**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Income and Franchise Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Undetermined  Priority amount: Undetermined

---

**2.15** Priority creditor's name and mailing address
Michigan Dept of Treasury
P.O. Box 30324
Lansing, MI 48909-7824
**Date or dates debt was incurred**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Income and Franchise Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Undetermined  Priority amount: Undetermined

---

**2.16** Priority creditor's name and mailing address
Minnesota Dept of Jobs & Training
Tax Accounting Section
Unemployment Insurance
390 N Robert
St Paul, MN 55101
**Date or dates debt was incurred**

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_____

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Income and Franchise Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Undetermined  Priority amount: Undetermined

| Part 1: | Additional Page | | |
|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.17** Priority creditor's name and mailing address
Minnesota Dept of Revenue
Mail Stn 1185
St Paul, MN 55146-1185
**Date or dates debt was incurred**

Last 4 digits of account number    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Income and Franchise Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Undetermined    Priority amount: Undetermined

---

**2.18** Priority creditor's name and mailing address
Oregon Dept of Revenue
P.O. Box 14800
Salem, OR 97309-0920
**Date or dates debt was incurred**

Last 4 digits of account number    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Income and Franchise Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Undetermined    Priority amount: Undetermined

---

**2.19** Priority creditor's name and mailing address
State of California
Employment Development Dept
P.O. Box 989071
W Sacramento, CA 95798-9071
**Date or dates debt was incurred**

Last 4 digits of account number    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Income and Franchise Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Undetermined    Priority amount: Undetermined

---

**2.20** Priority creditor's name and mailing address
Texas Workforce Commission
101 E 15th St
Austin, TX 78778
**Date or dates debt was incurred**

Last 4 digits of account number    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Income and Franchise Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Undetermined    Priority amount: Undetermined

---

**2.21** Priority creditor's name and mailing address
Washington Dept of Revenue (DOR)
6400 Linderson Way SW
P.O. Box 4750
Tumwater, WA 98501
**Date or dates debt was incurred**

Last 4 digits of account number    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Deferred Tax Incentives, Income and Franchise Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Undetermined    Priority amount: Undetermined

---

**2.22** Priority creditor's name and mailing address
Washington Employment Security Dept
P.O. Box 84137
Seattle, WA 98124-5437
**Date or dates debt was incurred**

Last 4 digits of account number    _ _ _ _ _

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)
_ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis of claim:**
Sales and Use Taxes
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

Total claim: Undetermined    Priority amount: Undetermined

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,489,271.41 |
|---|---|---|---|

**3.1** 
Nonpriority creditor's name and mailing address
ABB Inc
8440 Times Dispatch Blvd
Mechanicsville, VA 23116

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $3,489,271.41
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.2** 
Nonpriority creditor's name and mailing address
ABW Technologies, Inc
6720 191st Pl NE
Arlington, WA 98223

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $64,150.59
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.3** 
Nonpriority creditor's name and mailing address
Affiliated Engineers, Inc
5802 Research Park Blvd
Madison, WI 53719

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $16,782.75
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.4** 
Nonpriority creditor's name and mailing address
Air Radiators
45 Heales Rd
Lara, VIC 3212
Australia

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $16,823.97
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.5** 
Nonpriority creditor's name and mailing address
Amot Controls, LLC
8824 Fallbrook Dr
Houston, TX 77064

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $4,850.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

**3.6** 
Nonpriority creditor's name and mailing address
Applied CAX, LLC
2512 SE 25th Ave, Ste 205
Portland, OR 97202

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:    $3,210.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7 Nonpriority creditor's name and mailing address**
Armanino LLP
12657 Alcosta Blvd, Ste 500
Los Angeles, CA 90088

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$17,850.00

---

**3.8 Nonpriority creditor's name and mailing address**
AutomationDirect.com, Inc
P.O. Box 402417
Atlanta, GA 30384-2417

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,082.53

---

**3.9 Nonpriority creditor's name and mailing address**
Ballard Power Systems Inc
9000 Glenlyon Pkwy
Burnaby, BC V5J 5J8
Canada

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,553,000.00

---

**3.10 Nonpriority creditor's name and mailing address**
Blueground US, Inc
500 Yale Ave N
Seattle, WA 98109

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$150.00

---

**3.11 Nonpriority creditor's name and mailing address**
BrandSafway Services, LLC
P.O. Box 91473
Chicago, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$39,101.35

---

**3.12 Nonpriority creditor's name and mailing address**
BrightLoop Converters
221 Blvd Davout
Paris, Île-de-France 75020
France

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$81,139.35

---

**3.13 Nonpriority creditor's name and mailing address**
Central Welding Supply Co Inc
P.O. Box 179
N Lakewood, WA 98259

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis of claim:**
Trade Payable

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$585.59

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,863.75
Charging Interface Initiative e V
Kurfurstendamm 11
Berlin, Berlin 10719
Germany

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Trade Payable

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $8,710.84
Cintas
P.O. Box 631025
Cincinnati, OH 45263-1025

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Trade Payable

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,119.17
Contegix
P.O. Box 671710
Dallas, TX 75267-1710

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Trade Payable

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $205.36
Copiers Northwest, Inc
615 S Alaska St
Seattle, WA 98108

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Trade Payable

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $97,498.66
CryoWorks, Inc
1801 W Olympic Blvd
Pasadena, CA 91199

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Trade Payable

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,092.43
Cummins Inc
dba Cummins Sales and Service
500 Jackson St
Columbus, IN 47201

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Trade Payable

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,174.28
Degree, Inc
dba Lattice
P.O. Box 207585
Dallas, TX 75320-7585

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis of claim:**
Trade Payable

**Last 4 digits of account number** _ _ _ _

**Is the the claim subject to offset?**
☑ No.
☐ Yes.

---

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.21** Nonpriority creditor's name and mailing address
Digi-Key Electronics US
P.O. Box 250
Thief River Falls, MN 56701

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,873.50

**3.22** Nonpriority creditor's name and mailing address
DSV Air & Sea, Inc
200 Wood Ave S, Ste 300
Iselin, NJ 8830

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$150,194.43

**3.23** Nonpriority creditor's name and mailing address
Eurotainer SA
5810 Wilson Rd, Ste 200
Humble, TX 77396

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,096.77

**3.24** Nonpriority creditor's name and mailing address
Fastenal Co
2001 Theurer Blvd
Winona, MN 55987

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,742.21

**3.25** Nonpriority creditor's name and mailing address
First Mode Chile Spa
Alonso de Cordova 4355
OF 1503 15P
Vitacura, Santiago Metropolitan Region
Chile

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Intercompany
Is the the claim subject to offset?
☑ No.
☐ Yes.

$288,413.00

**3.26** Nonpriority creditor's name and mailing address
First Mode Holdings Inc
3417 1st Ave S
Seattle, WA 98134

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Intercompany
Is the the claim subject to offset?
☑ No.
☐ Yes.

$222,947,128.00

**3.27** Nonpriority creditor's name and mailing address
First Mode IPP Ltd
10 Bloomsbury Way
London, Greater London WC1A 2SL
United Kingdom

Date or dates debt was incurred

Last 4 digits of account number    _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Intercompany
Is the the claim subject to offset?
☑ No.
☐ Yes.

$25,374,618.00

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.28** Nonpriority creditor's name and mailing address
First Mode Pty Ltd
165-169 Aberdeen St
Northbridge, WA 6003
Australia

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Intercompany
Is the the claim subject to offset?
☐ No.
☐ Yes.

$32,095,083.00

**3.29** Nonpriority creditor's name and mailing address
First Mode SA Hold Ltd
144 Oxford Rd
Rosebank
Johannesburg, Gauteng 2196
South Africa

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Intercompany
Is the the claim subject to offset?
☐ No.
☐ Yes.

$11,241.00

**3.30** Nonpriority creditor's name and mailing address
First Mode SA Pty Ltd
144 Oxford Rd
Rosebank
Johannesburg, Gauteng 2196
South Africa

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Intercompany
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,549,754.00

**3.31** Nonpriority creditor's name and mailing address
Fortra, LLC
11095 Viking Dr, Ste 100
Minnesota, MN 55344

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$18,600.00

**3.32** Nonpriority creditor's name and mailing address
Galco Industrial Electronics, Inc
P.O. Box 7411295
Chicago, IL 60674-1295

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$1,025.46

**3.33** Nonpriority creditor's name and mailing address
GitHub, Inc
88 Colin P Kelly Jr St
San Francisco, CA 94107

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,900.25

**3.34** Nonpriority creditor's name and mailing address
Global Industrial
29833 Network Pl
Chicago, IL 60673-1298

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,363.40

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.35** **Nonpriority creditor's name and mailing address**
Goebel Septic Tank Service, Inc
171 Big Hanaford Rd
Centralia, WA 98531

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$300.00

---

**3.36** **Nonpriority creditor's name and mailing address**
Grainger
P.O. Box 419267
Dept 887350739
Kansas City, MO 64141-6267

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$32.02

---

**3.37** **Nonpriority creditor's name and mailing address**
Greene IS
4138 California Ave SW, Ste A
Seattle, WA 98116

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$134,211.74

---

**3.38** **Nonpriority creditor's name and mailing address**
Hardware Specialty Co, Inc
3313 132nd St SW
Lynnwood, WA 98087

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$489.52

---

**3.39** **Nonpriority creditor's name and mailing address**
Hip Web Design & Development, LLC
2338 Ellis St
Bellingham, WA 98225

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$450.00

---

**3.40** **Nonpriority creditor's name and mailing address**
Hydac Pty Ltd
109 – 111 Dohertys Rd
North Altona, VIC 3025
Australia

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$44,306.77

---

**3.41** **Nonpriority creditor's name and mailing address**
IEWC Corp
5001 Towne Dr
New Berlin
Palatine, WI 53151

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$745.69

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address
J & D Machine and Gear, Inc
624 S Findlay St
P.O. Box 80262
Seattle, WA 98108

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,515.98

---

**3.43** Nonpriority creditor's name and mailing address
Knorr-Bremse Australia Pty Ltd
23-29 Factory St
Granville, NSW 2142
Australia

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$22,071.62

---

**3.44** Nonpriority creditor's name and mailing address
Kurita America Inc
6600 94th Ave N
Minneapolis, MN 55445

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$994.56

---

**3.45** Nonpriority creditor's name and mailing address
LAZ Parking Northwest, LLC
1 Financial Plz, 14th Fl
Hartford, CT 06103

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$50,000.13

---

**3.46** Nonpriority creditor's name and mailing address
Linhai Yongheng Auto Parts Technology Co, Ltd
1289 Huifeng S Rd
Kangping Village, Jiangnan District
Linhai, Zhejiang 317000
China

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$118.00

---

**3.47** Nonpriority creditor's name and mailing address
LinkedIn Corp
62228 Collections Center Dr
Chicago, IL 60693-0622

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$178,317.82

---

**3.48** Nonpriority creditor's name and mailing address
McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis of claim:
Trade Payable

Is the the claim subject to offset?
☑ No.
☐ Yes.

$6,594.56

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.49** Nonpriority creditor's name and mailing address
Mercer US Inc
1166 Ave of the Americas
New York, NY 10036

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$41,145.10

---

**3.50** Nonpriority creditor's name and mailing address
Miles and Sons Inc
14 Ritchie Ln
Chehalis, WA 98532

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$81,367.44

---

**3.51** Nonpriority creditor's name and mailing address
Miro
201 Spear St, Ste 1100
San Francisco, CA 94105

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$48,300.00

---

**3.52** Nonpriority creditor's name and mailing address
Mouser Electronics, Inc US
P.O. Box 99319
Ft Worth, TX 76199-0319

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$4,409.20

---

**3.53** Nonpriority creditor's name and mailing address
New Eagle, LLC
5220 S State Rd
Ann Arbor, MI 48108

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$17,020.68

---

**3.54** Nonpriority creditor's name and mailing address
Nicola Karp
c/o Rekhi & Wolk, PS
529 Warren Ave N, Ste 201
Seattle, WA 98109

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Litigation
Is the the claim subject to offset?
☑ No.
☐ Yes.

Undetermined

---

**3.55** Nonpriority creditor's name and mailing address
North Coast Electric Co
P.O. Box 748177
Los Angeles, CA 90074-8177

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$62.02

---

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

**3.56** Nonpriority creditor's name and mailing address
Northwest Fire Systems, LLC
22645 83rd Ave S, Bldg D
Kent, WA 98032

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$980.00

---

**3.57** Nonpriority creditor's name and mailing address
Northwest Technologies, Inc
P.O. Box 1304
Estacada, OR 97203

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$60,047.71

---

**3.58** Nonpriority creditor's name and mailing address
Nyobolt Ltd
Evolution Business Park Milton Rd, Unit 2
Impington, Cambridge Cambs CB249NG
United Kingdom

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$279,031.01

---

**3.59** Nonpriority creditor's name and mailing address
Oxalis Solutions LLC
P.O. Box 4120, Ste 76754
Portland, OR 97208

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$13,322.71

---

**3.60** Nonpriority creditor's name and mailing address
Performance Mechanical Group
1012 Central Ave S
Kent, WA 98032

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$22,231.77

---

**3.61** Nonpriority creditor's name and mailing address
Premio, Inc
918 Radecki Ct
City of Industry, CA 91748

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$5,040.00

---

**3.62** Nonpriority creditor's name and mailing address
Prime Electric Inc
13301 SE 26th St
Bellevue, WA 98005

**Date or dates debt was incurred**

**Last 4 digits of account number** _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$95,488.83

---

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.63** Nonpriority creditor's name and mailing address
Priority-1, Inc
P.O. Box 840808
Dallas, TX 75284-0808

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$525.00

**3.64** Nonpriority creditor's name and mailing address
Raven Cargo Inc
954 W Washington Blvd, Ste 200
Chicago, IL 60607

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$900.00

**3.65** Nonpriority creditor's name and mailing address
Reedo LP
fka Kidder Matthews
c/o KG Investment Properties, LLC
1508 W Broadway, 5th Fl
Vancouver, BC V6J 1W8
Canada

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☐ No.
☐ Yes.

$910,471.32

**3.66** Nonpriority creditor's name and mailing address
Reedo, LP
c/o Green & Norwood PLLC
Attn: Matthew D Green, Elizabeth Hebener Norwood
2284 W Commodore Way, Ste 300
Seattle, WA 98199

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
Basis of claim:
Litigation
Is the the claim subject to offset?
☐ No.
☐ Yes.

Undetermined

**3.67** Nonpriority creditor's name and mailing address
Rockwell Automation, Inc
fka Plex Systems, Inc
P.O. Box 3712
Carol Stream, IL 60132

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$48,273.43

**3.68** Nonpriority creditor's name and mailing address
RS Americas, Inc
fka Allied Electronics Inc
P.O. Box 841811
Dallas, TX 75284-1811

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$2,071.33

**3.69** Nonpriority creditor's name and mailing address
Securitas Security Services USA, Inc
17930 International Blvd, Ste 550
SeaTac, WA 98188

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$7,262.92

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.70** Nonpriority creditor's name and mailing address
Smartsheet Inc
10500 NE 8th St, Ste 1300
Bellevue, WA 98004

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$18,693.29

---

**3.71** Nonpriority creditor's name and mailing address
Superior Steel, LLC
dba Superior Steel Fabrication
3451 W 1st Ave
Eugene, OR 97402

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$16,285.23

---

**3.72** Nonpriority creditor's name and mailing address
TE Connectivity Co
dba LADD Distribution LLC
1050 Westlakes Dr
Berwyn, PA 19312

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$18.73

---

**3.73** Nonpriority creditor's name and mailing address
The Financial Times Ltd
Bracken House
1 Friday St
London, Greater London EC4M 9BT
United Kingdom

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$18,648.43

---

**3.74** Nonpriority creditor's name and mailing address
The Mathworks, Inc
3 Apple Hill Dr
Natick, MA 01760-2098

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$8,662.48

---

**3.75** Nonpriority creditor's name and mailing address
Toyota Lift Northwest
P.O. Box 736184
Chicago, IL 60673-6184

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$5,561.32

---

**3.76** Nonpriority creditor's name and mailing address
Uline Inc
P.O. Box 88741
Chicago, IL 60680-1741

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Trade Payable
Is the the claim subject to offset?
☑ No.
☐ Yes.

$426.86

---

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.77** **Nonpriority creditor's name and mailing address**
University Mechanical Contractors Inc
19020 33rd Ave W, Ste 400
Lynnwood, WA 98036

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$2,237.90

**3.78** **Nonpriority creditor's name and mailing address**
Valvoline Global Holdings LLC
100 Valvoline Way, Ste 200
Lexington, KY 40509

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$7,066.81

**3.79** **Nonpriority creditor's name and mailing address**
Vital Mechanical Service
1420 Maple Ave SW
Renton, WA 98057

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$702.59

**3.80** **Nonpriority creditor's name and mailing address**
Waytek, Inc
P.O. Box 1727
Minneapolis, MN 55440

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,083.86

**3.81** **Nonpriority creditor's name and mailing address**
White River Fabrication, LLC
2321 Cole St, Ste 101
Enumclaw, WA 98022

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$24,276.00

**3.82** **Nonpriority creditor's name and mailing address**
Wilson Co
16301 Addison Rd
P.O. Box 9100
Addison, TX 75001

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$518.65

**3.83** **Nonpriority creditor's name and mailing address**
Workday, Inc
6110 Stoneridge Mall Rd
Pleasanton, CA 94588

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$62,882.94

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.84** | **Nonpriority creditor's name and mailing address**
Xometry Inc
P.O. Box 735303
Dallas, TX 75353

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$7,039.88

**3.85** | **Nonpriority creditor's name and mailing address**
Zayo Group Holdings, LLC
1821 30th St, Unit A
Boulder, CO 80301

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$537.31

**3.86** | **Nonpriority creditor's name and mailing address**
Zoom
P.O. Box 398843
San Francisco, CA 94139-8843

**Date or dates debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$1,571.20

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5.a **Total claims from Part 1.** | 5a | | $0.00 |
| 5.b **Total claims from Part 2.** | 5b | + | $291,134,007.41 |
| 5.c **Total of Parts 1 and 2** Lines 5a + 5b = 5c | 5c | + | $291,134,007.41 |

**Fill in this information to identify the case:**

Debtor name: __Synchronous LLC__

United States Bankruptcy Court for the Division, District of __Delaware__

Case number (If known): __24-12795__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

| 1. Does the debtor have any executory contracts or unexpired leases? |
|---|
| ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form. |
| ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B). |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Master Supply & Purchasing Agreement for FM to purchase Products (no schedule of specific Products) | ABB Inc<br>8440 Times Dispatch Blvd<br>Mechanicsville, VA 23116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Product Supply Agreement for liquid and gaseous hydrogen | Air Products & Chemicals, Inc<br>1940 Air Products Blvd<br>Allentown, PA 18106-5500 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Master Supply & Purchasing Agreement for Motor-EVOs | Avid Technology Ltd<br>Washington Crane & Hoist<br>FAO General Manager<br>8th Ave Team Valley Trading<br>Gateshead, Tyne & Wear NE11 0QA<br>United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Sale Agreement for FM to purchase 20 Femove-XD modules | Ballard Power Systems Inc<br>9000 Glenlyon Pkwy<br>Burnaby, BC V5J, 5J8<br>Canada |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Consultancy Agreement | Benjamin S Chinowsky<br>Address Redacted |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.6** | State what the contract or lease is for and the nature of the debtor's interest | Master Supply & Purchasing Agreement for FM to purchase Products (no schedule of specific Products) | BrightLoop SAS<br>BrightLoop Converters<br>221 Boulevard Davout<br>Paris, Île-de-France 75020<br>France |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.7** | State what the contract or lease is for and the nature of the debtor's interest | 3 year contracts running through July of 2026, subject to First Mode T&C | DocuSign Inc<br>221 Main St, Ste 1550<br>San Francisco, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.8** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | 2 year contract running through May 2025, subject to First Mode T&C | Dun&Bradstreet, Inc<br>5335 Gate Pkwy<br>Jacksonville, FL 32256 |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Purchase Order for 3 years + 2 free months of Floqast subscription management platform ending in Oct. 2025 | FloQast, Inc<br>14721 Califa St<br>Sherman Oaks, CA 91411 |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Services and Chemicals with Field Assets Agreement for water treatment chemicals and other services and products for 12 months ending 1/31/25 | Kurita America Inc<br>6600 94th Ave N<br>Minneapolis, MN 55445 |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Master Services Agreement for Supply of Services (not executed) | Newton Street Public Relations LLC<br>162 Newton St<br>Seattle, WA 98109 |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Joint Development Agreement for Nyobolt to design, develop, and supply FM with Prototype Module using Nyobolt niobium tungsten oxide cell chemistry for batteries | Nyobolt Ltd<br>Evolution Business Park Milton Rd, Unit 2<br>Impington, Cambridge Cambs CB249NG<br>United Kingdom |
| **2.13** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Equipment Finance Agreement to finance lease of Doosan DX 1000LC-7-US20 Excavator | PNC Bank, NA<br>655 Business Center Dr, Ste 250<br>Horsham, PA 19044 |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease for Factory 1.0 | Prologis Targeted US Logistics Fund, LP<br>1800 Wazee St, Ste 500<br>Denver, CO 80202 |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Office Lease for Seattle HQ | Reedo LP<br>c/o KG Investment Properties, LLC<br>fka Kidder Matthews<br>1508 W Broadway, 5th Fl<br>Vancouver, BC V6J 1W8<br>Canada |
| **2.16** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Lease for SoDo R&D Facility | Terreno Occidental LLC<br>26828 Maple Valley-Black Diamond Rd SE<br>PMB 256<br>Maple Valley, WA 98038 |

Debtor  Synchronous LLC _____  Case number (if known) _____
              Name

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.17** State what the contract or lease is for and the nature of the debtor's interest — Commercial Lease for Centralia Proving Grounds (PGC)<br>State the term remaining<br>List the contract number of any government contract | TransAlta Centralia Mining LLC<br>1015 Big Hanaford Rd<br>Centralia, WA 98531 |
| **2.18** State what the contract or lease is for and the nature of the debtor's interest — Order form governed by MSA for subscription fee schedule<br>State the term remaining<br>List the contract number of any government contract | Workday, Inc<br>6110 Stoneridge Mall Rd<br>Pleasanton, CA 94588 |

**Fill in this information to identify the case:**

Debtor name: <u>Synchronous LLC</u>

United States Bankruptcy Court for the Division, District of <u>Delaware</u>

Case number (If known): <u>24-12795</u>

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes.

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:*Codebtor | | *Column 2:*Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 First Mode Holdings Inc. | 3417 1st Ave S<br>Seattle, WA 98134 | Anglo American International Holdings Ltd | ☑ D<br>☐ E/F<br>☐ G |

| | |
|---|---|
| Debtor name: **Synchronous LLC** | |
| United States Bankruptcy Court for the Division, District of **Delaware** | |
| Case number (If known): **24-12795** | |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets-Real and Personal Property*  (Official Form 206 A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property*  (Official Form 206 D)
- ☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*  (Official Form 206 E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases*  (Official Form 206 G)
- ☑ *Schedule H: Codebtors*  (Official Form 206 H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals*  (Official Form 206Sum)
- ☐ *Amended Schedule*

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration*

I, the Chief Financial Officer of the Synchronous LLC, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 45 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

| Executed on: | Friday, December 20th, 2024 | Signature | /s/ Colin Mark Freed |
|---|---|---|---|
| | MM / DD / YYYY | | |
| | | Printed Name | Colin Mark Freed |
| | | Title | Chief Financial Officer |