**Exhibit 2**

**Assigned Contracts and Cure Amounts**[1]

---
[1]    For the avoidance of doubt, the list of Assigned Contracts include executory contracts and leases to which the Debtors are a party.

US-DOCS\157279057

| Debtor | Counterparty Name | Description of Contract | Cure Amount |
|---|---|---|---|
| Synchronous LLC | Altium Inc.<br>PO Box 740976<br>Los Angeles, CA 90074-0976 | License / Software Agreement | – |
| Synchronous LLC | Amazon Web Services Australia Pty ltd<br>Level 37, 2-26 Park St.<br>Sydney, NSW 2000, Australia | License / Software Agreement | – |
| Synchronous LLC | AnSys, Inc.<br>2600 Ansys Drive<br>Southpointe, Canonsburg, PA 15317 | License / Software Agreement | – |
| Synchronous LLC | Audian, Inc.<br>11232 120th Ave NE# 206<br>Kirkland, WA 98033 | License / Software Agreement | – |
| Synchronous LLC | AutoCAD<br>Autodesk<br>111 McInnis Parkway<br>San Rafael, CA 94903 | License / Software Agreement | – |
| Synchronous LLC | CANopen Magic<br>Embedded Systems Academy Inc.<br>84 W. Santa Clara St., Suite 700<br>San Jose, CA 95113 | License / Software Agreement | – |
| Synchronous LLC | Cookiebot<br>Usercentrics GmbH<br>Sendlinger Str. 7<br>80331 Munich, Germany | License / Software Agreement | – |
| First Mode Holdings, Inc. | Corporacion Nacional Del Cobre de Chile<br>1270 Huérfanos Street<br>Santiago, Chile | Cooperation Framework Agreement for Technological Development | – |
| Synchronous LLC | Deswik Mining Consultants<br>Level 9, 348 Edward Street<br>Brisbane, Queensland 4000, Australia | License / Software Agreement | – |
| Synchronous LLC | Docker, Inc.<br>144 Townsend Street<br>San Francisco, CA 94107 | License / Software Agreement | – |
| Synchronous LLC | GitHub, Inc.<br>88 Colin P Kelly Jr. Street<br>San Francisco, CA 94107 | License / Software Agreement | $8,900.25 |
| Synchronous LLC | Grafana Labs<br>Raintank, Inc.<br>165 Broadway, 23rd Floor<br>New York, NY 10006 | License / Software Agreement | – |
| First Mode Holdings, Inc. | Greene Information Systems, Inc.<br>4138 California Avenue Southwest, Suite A<br>Seattle WA, 98116 | Master Service Agreement | $134,211.74 |
| Synchronous LLC | GT Suite<br>Gamma Technologies, LLC<br>601 Oakmont Lane, Suite 220<br>Westmont, IL 60559 | License / Software Agreement | – |
| Synchronous LLC | Hexagon Manufacturing Intelligence, Inc.<br>250 Circuit Drive<br>North Kingston, RI 02852 | License / Software Agreement | – |
| Synchronous LLC | Jama Software, Inc.<br>Dept Ch 10833<br>Palatine, IL 60055-0833 | License / Software Agreement (Requirements Management) | – |
| Synchronous LLC | LastPass<br>LMI Parent, L.P.<br>PO Box 411365<br>Boston, MA 02241-1365 | License / Software Agreement | – |
| Synchronous LLC | Microsoft Corporation<br>1 Microsoft Way<br>Redmond, WA 98052 | License / Software Agreement (Office 365) | – |
| Synchronous LLC | Monday.com Ltd.<br>111 East 18th Street<br>New York, NY 10003 | License / Software Agreement | – |

| Debtor | Counterparty Name | Description of Contract | Cure Amount |
|---|---|---|---|
| First Mode Holdings, Inc. | Namecheap, Inc.<br>4600 East Washington Street<br>Suite 305<br>Phoenix, AZ 85034 | License / Software Agreement | – |
| Synchronous LLC | nCode<br>Hottinger Bruel & Kjaer Inc.<br>19 Bartlett Street<br>Duluth, GA 30097 | License / Software Agreement | – |
| Synchronous LLC | New Eagle, LLC<br>5220 South State Road<br>Ann Arbor, MI 48018 | License / Software Agreement (Embedded Controls Licenses) | $17,020.68 |
| Synchronous LLC | Nyobolt Limited<br>Unit 2 Evolution Business Park Milton Rd.<br>Impington, Cambridge CB24 9NG<br>United Kingdom | Joint Development Agreement | $279,031.01 |
| Synchronous LLC | Oxalis Solutions LLC<br>PO Box 4120 Suite 76754<br>Portland, OR 97208 | Atlassian License / Software Agreement (Confluence, JIRA, with all plug-ins) | $20,144.58 |
| First Mode Holdings, Inc. | Platform.sh Inc.<br>PO Box 536.<br>Brooklyn, MI 49230 | License / Software Agreement | – |
| Synchronous LLC | Prologis Targeted U.S. Logistics Fund, L.P.[1]<br>Suite 500<br>1800 Wazee Street<br>Denver, CO 80202 | Lease for premises located at 3417 1st Ave. South, Seattle, WA 98134 | – |
| Synchronous LLC | ProLogis, Inc.<br>Pier 1, Bay 1<br>San Francisco, CA 94111 | License / Software Agreement | – |
| First Mode Holdings, Inc. | Rockwell Automation, Inc.<br>PO Box 3712<br>Carol Stream, IL 60132 | Plex Manufacturing Cloud Services Work Order | $48,273.43 |
| Synchronous LLC | SAI Global Pty Limited<br>545 E. Algonquin Rd.<br>Arlington Heights, IL 60005 | License / Software Agreement | – |
| Synchronous LLC | Sine Group Pty Ltd<br>L 1 100 Pirie St<br>Adelaide, South Australia 5000 | License / Software Agreement | – |
| Synchronous LLC | Slack Technologies, LLC<br>500 Howard Street<br>San Francisco, CA 94105 | License / Software Agreement | – |
| Synchronous LLC | SonarSource SA<br>PO Box 765 CH-1215<br>Geneva 15 Switzerland | License / Software Agreement | – |
| Synchronous LLC | StarWind Software Inc.<br>100 Cummings Center, Suite 207-P<br>Beverly, MA 01915 | License / Software Agreement | – |
| Synchronous LLC | Tableau Software, LLC<br>PO Box 204021<br>Dallas, TX 75320-4021 | License / Software Agreement | – |
| Synchronous LLC | Tailscale Inc.<br>125-720 King Street West, Suite 585<br>Toronto, Ontario M5V 3S5, Canada | License / Software Agreement | – |
| Synchronous LLC | The Mathworks, Inc.<br>3 Apple Hill Drive<br>Natick, MA 01760-2098 | License / Software Agreement | $8,662.48 |
| Synchronous LLC | The Sage Group<br>333 W. San Carlos St.<br>San Jose, CA 95110 | License / Software Agreement | – |
| Synchronous LLC | TransAlta Centralia Mining LLC<br>1015 Big Hanaford Rd<br>Centralia, WA 98531 | Lease for premises located at 1015 Big Hanaford Road, Centralia, WA 98531 | – |
| Synchronous LLC | TransAlta Centralia Mining LLC[2]<br>1015 Big Hanaford Rd<br>Centralia, WA 98531 | Technical Services Agreement | – |

| Debtor | Counterparty Name | Description of Contract | Cure Amount |
|---|---|---|---|
| Synchronous LLC | TransAlta Centralia Mining LLC[2]<br>1015 Big Hanaford Rd<br>Centralia, WA 98531 | Consulting Services Agreement | – |
| Synchronous LLC | Unifi<br>Ubiquiti Inc.<br>685 3rd Avenue, 27th Floor<br>New York, NY 10017 | License / Software Agreement | – |
| Synchronous LLC | United Rentals Inc.<br>100 First Stamford Place Suite 700<br>Stamford, CT 06902<br><br>Star Capital Group L.P. ISAOA<br>801 Cassatt Road, Suite 200<br>Berwyn, PA 19312 | Equipment Financing Agreement | – |
| Synchronous LLC | WabtecTransportation Systems LLC<br>2901 East Lake Road<br>Erie, PA 16531 | User Agreement for proprietary technical information | – |
| Synchronous LLC | Watchguard Technologies, Inc.<br>255 S. King Street, Suite 1100<br>Seattle, WA 98104 | License / Software Agreement | – |
| Synchronous LLC | Wells Fargo Bank, N.A.<br>800 Walnut Street, 4th Floor<br>Des Moines, IA 50309 | Lease Agreement for Toyota Forklift | $5,561.32 |
| Synchronous LLC | Zoom Communications, Inc.<br>55 N Almaden Blvd, Suite 600<br>San Jose, CA 95113 | License / Software Agreement | $1,571.20 |

***Footnotes:***

(1) Pursuant to an agreement among the parties, the lien asserted by Prime Electric LLC will be cured in connection with the assumption and assignment of the lease.

(2) This agreement and related proposed Cure Cost were set forth in the Supplemental Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder [Docket No. 238] (the "Supplemental Cure Notice"), filed on February 4, 2025.  As set forth in the Supplemental Cure Notice, the counterparty may object to (i) the potential assumption and assignment of this agreement by the Purchaser, including the ability of the Stalking Horse Bidder to provide adequate assurance of future performance, and/or (ii) the proposed cure amount to be paid in connection with the assumption and assignment of this agreement deadline by 4:00 P.M. ET on February 18, 2025 (the "Objection Deadline").  For the avoidance of doubt, this agreement will not be deemed assumed and assigned to the Purchaser (i) until the Objection Deadline expires and (ii) no objection is filed and unresolved.